## SCISM v. SCISM.

No. 16317—Opinion Filed Jan. 26, 1926.

Error from District Court, Beckham County; T. P. Clay, Judge.

Action between Norman Scism and Myrtle Scism. From the judgment, the former appeals. Reversed and remanded.

Amil H. Japp, for plaintiff in error.

Arthur Leach, for defendant in error.

PER CURIAM. Upon authority of Ellis v. Outler, '25 Okla. 469, 108 Pac. 057, this cause is reversed and remanded for a new trial for failure of the defendant in error to file a brief as provided in rule 7 of this court.